# Exhibit 1

## SecureRelease™ Portal

 

Request Number: 2025-ICFO-45519

### Details of Request
(Read only details of request)

**CANCEL**

**Request Description:** I am seeking records that show: 1) the number of immigrants whom ICE has detained or deported nationwide who are parents or guardians of a minor child, from January 20, 2025 to present. (ICE Directive 11064.3, aka the Detained Parents Directive," requires ICE officers to inquire about the parental status of noncitizens they encounter, and also to track that information in the appropriate system of record. If possible, I would like to see those records.) 2) in the above cases, the number of times ICE contacted the local child welfare authority or law enforcement agency to take custody of the minor child. (Directive 11064.3 requires this data to be tracked as well.) 3) what happened to the other minor children in cases when ICE did not contact child welfare or law enforcement to take custody. I am also seeking the same records from January 1,

**Fee Waiver Requested? :** Not Requested

**Reason for Fee Waiver:** -

**Expedited Processing?:** Not Requested

2024 to December 31, 2024. And from January 1, 2015, to December 31, 2015.

**Agency:** Department of Homeland Security

**Component:** U.S. Immigration & Customs Enforcement

**Reason for Expedited Processing:** -

**Processing Track:** Complex

**Request Type:** FOIA Request

**Submitted Date:** 06/26/2025

**Request Status:** Searching for Records

**Identity Verification Status:** Not Requested by Agency

## Files uploaded by user

Files not exceeding 20 MB in size, can be attached.

Search

| File Name | Attachment Type |
|---|---|
| No attachments to display | |

5 rows    |<    <    0-0 of 0    >    >|

SUPPORT    LICENSES    PRIVACY NOTICE    COOKIE NOTICE    COOKIE SETTINGS    GOVERNMENT SYSTEM N