# Exhibit 2

# SecureRelease™ Portal

 







Request Number:     **2025-ICFO-59920**

## Details of Request
(Read only details of request)

CANCEL

**Request Description:** I'm seeking emails to/from Monica Burke concerning any of the following companies: Acquisition Logistics, Disaster Management Group, Deployed Resources, Gemini Tech Services, CoreCivic, GEO Group, Akima, People Who Think, CSI Aviation, Palantir Technologies, Amentum, Loyal Source, Team Housing Solutions, Telos Corporation, Salus Worldwide Solutions Corp, and B12 Technologies. This includes but is not limited to communications between Burke and: DHS employees or advisers, other government employees or advisers, or contractors. I'm seeking also emails to/from any ICE employee concerning any of the following companies: Acquisition Logistics, Disaster Management Group, Gemini Tech Services, Deployed Resources, Amentum, Loyal Source, Team Housing Solutions, Telos Corporation. This

**Fee Waiver Requested? :**     Not Requested

**Reason for Fee Waiver:**     -

**Expedited Processing?:**     Not Requested

includes but is not limited to emails between ICE employees and: other DHS employees or advisers, other government employees or advisers, or contractors. Timeline: January 20, 2025, to present

**Agency:** Department of Homeland Security

**Reason for Expedited Processing:** -

**Component:** U.S. Immigration & Customs Enforcement

**Processing Track:** Complex

**Request Type:** FOIA Request

**Submitted Date:** 09/11/2025

**Request Status:** Searching for Records

**Identity Verification Status:** Not Requested by Agency

## Files uploaded by user

Files not exceeding 20 MB in size, can be attached.

🔍 Search

| File Name | Attachment Type |
| --- | --- |
| No attachments to display | |

5 rows ▾     |<     <     0-0 of 0     >     >|

SUPPORT     LICENSES     PRIVACY NOTICE     COOKIE NOTICE     COOKIE SETTINGS     GOVERNMENT SYSTEM N