AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| The Center for Investigative Reporting | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-01663 |
| U.S. Immigration and Customs Enforcement | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff The Center for Investigative Reporting                              .

Date:     05/27/2026

*Attorney's signature*

Margaret (Emmy) Wydman, DC Bar No. 90007646
*Printed name and bar number*

Civil Service Law Center LLP
1455 Pennsylvania Ave NW, Suite 400
Washington, DC 20004

*Address*

ewydman@civilservicellp.com
*E-mail address*

(202) 571-7840
*Telephone number*

(202) 449-7701
*FAX number*