Civil Action No. 1:26-cv-01663-LLA

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* U.S. Attorney for the District of Columbia, Civil Process Clerk was received by me on *(date)* 05/19/2026 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*: Pursuant to the rules for email service outlined on the website for the U.S. Attorney's Office for the District of Columbia, I sent email service to USADC-ServiceCivil@usa.doj.gov.

Service was accepted on May 19, 2026. .

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/26/2026

/s/ Morgan Conover
*Server's signature*

Morgan Conover, Paralegal
*Printed name and title*

Civil Service Law Center LLP
1455 Pennsylvania Ave NW, Suite 400
Washington, DC 20004
*Server's address*

Additional information regarding attempted service, etc:
Email confirmation attached.

**From:** USADC-ServiceCivil
**To:** Morgan Conover; USADC-ServiceCivil
**Cc:** Emmy Wydman; Kathleen Shelton
**Subject:** RE: The Center for Investigative Reporting v. U.S. Immigration and Customs Enforcement, 1:26-cv-01663-LLA
**Date:** Wednesday, May 20, 2026 12:40:30 PM

---

Your submission has been received by email on May 19, 2026.

Civil-process Clerk, U.S. Attorney's Office for the District of Columbia

---

**From:** Morgan Conover <mconover@civilservicellp.com>
**Sent:** Tuesday, May 19, 2026 2:52 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Cc:** Emmy Wydman <ewydman@civilservicellp.com>; Kathleen Shelton <kshelton@civilservicellp.com>
**Subject:** [EXTERNAL] The Center for Investigative Reporting v. U.S. Immigration and Customs Enforcement, 1:26-cv-01663-LLA

To Whom It May Concern:

Please find enclosed email service in *The Center for Investigative Reporting v. U.S. Immigration and Customs Enforcement* (1:26-cv-01663-LLA), filed May 14, 2026, in the U.S. District Court for the District of Columbia. The attached PDF includes each of the Court-issued Summonses, the Complaint and Exhibits 1 & 2, the Civil Cover Sheet, and Notice & Consent Forms.

Please acknowledge receipt at your earliest convenience.

Thank you,
Morgan

**Morgan Conover** (she/hers)
Paralegal
Civil Service Law Center LLP
civilservicellp.com

*This message is from a law firm and may contain information that is confidential and/or legally privileged. If you are not the intended recipient, please immediately notify the sender by reply email and delete this message and any attachments from your system. Thank you for your understanding and cooperation.*