CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

The Center for Investigative Reporting
Plaintiff(s)

Civil Action No. 1:26-cv-01663

vs.

U.S. Immigration and Customs Enforcement
Defendant(s)

## AFFIDAVIT OF MAILING

I, Morgan Conover, hereby state that:

On the 18 day of May, 2026, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

U.S. Immigration and Customs Enforcement, 500 12th St., SW, Washington, DC 20536

I have received the receipt for the certified mail, No. 9589 0710 5270 3118 6402 95 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 22 day of May, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| 05/26/2026 | /s/ Morgan Conover |
| (Date) | (Signature) |

9589 0710 5270 3118 6402 95

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20536

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $5.30 | 0110 |
| $ $0.00 | 96 |
| Extra Services & Fees *(check box, add fee as appropriate)* $2.82 | |
| ☐ Return Receipt (hardcopy) $ | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | MAY 18 2026 |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $3.28 | |
| $ | 05/18/2026 |
| Total Postage and Fees $11.40 | |
| $ | |

*Sent To* U.S. Immigration and Customs Enforcement

*Street and Apt. No., or PO Box No.*

*City, State, ZIP+4®*

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

UNITED STATES POSTAL SERVICE®

May 26, 2026

Dear Morgan Conover:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 3118 6402 95**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | May 22, 2026, 10:29 am |
| **Location:** | WASHINGTON, DC 20536 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic |
| **Recipient Name:** | R GILL |

## Shipment Details

| | |
|---|---|
| **Weight:** | 7.0oz |

## Recipient Signature

| | |
|---|---|
| **Signature of Recipient:** | R Gill<br>R Gill |
| **Address of Recipient:** | 20536 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004