CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

The Center for Investigative Reporting
_____
     Plaintiff(s)

Civil Action No. __1:26-cv-01663__

vs.

U.S. Immigration and Customs Enforcement
_____
     Defendant(s)

### AFFIDAVIT OF MAILING

I, __Morgan Conover_____, hereby state that:

On the __28_____ day of __May_____, __2026___, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Attorney General of the United States, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001

I have received the receipt for the certified mail, No. __9589 0710 5270 4002 7849 65__ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __2_____ day of __June_____, __2026___.

I declare under penalty of perjury that the foregoing is true and correct.

____06/05/2026_____          ____/s/ Morgan Conover_____

      (Date)                           (Signature)





June 05, 2026

Dear Morgan Conover:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 4002 7849 65**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | June 02, 2026, 04:31 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | K JERNIGAN |

## Shipment Details

| | |
|---|---|
| **Weight:** | 8.0oz |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

JUSTICE 20530

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004