UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR INVESTIGATIVE
REPORTING,

      Plaintiff,

v.

                                    Civ. A. No. 26-1663 (LLA)

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,

      Defendant.

## NOTICE OF APPEARANCE

    The Clerk of the Court will please enter the appearance of Assistant United States Attorney

Catherine J. Malycke as counsel for Defendant in the above-captioned case.

  Dated: June 18, 2026                   Respectfully submitted,

                                      By:  */s/ Catherine J. Malycke*
                                        CATHERINE J. MALYCKE
                                      Assistant United States Attorney
                                      601 D Street, NW
                                      Washington, DC 20530
                                      Phone (202) 252-0838
                                      Email: catherine.malycke@usdoj.gov

                                      *Attorney for the United Staes of America*