UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR INVESTIGATIVE
REPORTING,

     Plaintiff,

v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,

     Defendant.

Civ. A. No. 26-1663 (LLA)

## JOINT STATUS REPORT

The Parties, by and through respective undersigned counsel, hereby submit a joint status report pursuant to this Court's June 22, 2026 Minute Order.

1.     Plaintiff filed this suit on May 14, 2026 (ECF No. 1). In this suit, Plaintiff seeks to compel the production of documents in response to two FOIA requests it submitted to ICE. Specifically, Plaintiff seeks disclosure of: (1) records reflecting the number of parents or guardians of a minor child that ICE has detained or deported since January 20, 2025, and certain actions taken with respect to the relevant minor children (the "Parent/Guardian Detention Request"), and (2) emails to or from ICE official Monica Burke concerning certain private contractors involved in the immigrant detention facility at Fort Bliss in El Paso, Texas, now known as Camp East Montana (the "Camp East Request"). ECF No. 1 ¶ 2. The Parent/Guardian Detention Request has been pending since June 26, 2025, ECF No. 1 ¶ 38, and the Camp East Request has been pending since September 11, 2025, ECF No. 1 ¶ 46.

1

2.     On June 18, 2026, Defendant answered the Complaint. ECF No. 9.  Defendant refers the Court to Defendant's answers and affirmative defenses.  *Id.*

3.     **Status of Request** - ICE FOIA has re-tasked this matter to the appropriate ICE components.

4.     **Anticipated Number of Responsive Documents** - ICE cannot estimate the anticipated number of responsive documents or an anticipated date for their release at this stage.

5.     **Anticipated Date for Release of Responsive Documents** - ICE can provide the anticipated number of documents and a proposed production schedule once it receives a response from the ICE components.

6.     **Motion for Stay -** Defendant does not anticipate that an *Open America v. Watergate Special Prosecution Force et al.*, 547 F.2d 605 (D.C. Cir. 1976) stay is warranted.

7.     **Vaughn Index and Summary Judgment** - Given this update, Defendant believes that summary judgment briefing and the filing of a Vaughn Index is premature at this time. Plaintiff does not oppose addressing these items in the next status update.

8.     The Parties further propose that they update the Court with the progress of Defendant's determination and any proposed schedule for briefing in the next 30 days, *i.e.,* by August 16, 2026.

[signature on following page]

Dated: July 17, 2026
Washington, D.C.

/s/ *Kathleen Shelton*
Kathleen Shelton (DC Bar No. 1619066)
Margaret (Emmy) Wydman (DC Bar No. 90007646)
**Civil Service Law Center LLP**
1455 Pennsylvania Ave NW, Suite 400,
Washington, DC 20004
202-505-7920
kshelton@civilservicellp.com
ewydman@civilservicellp.com

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ *Catherine J. Malycke*
CATHERINE J. MALYCKE
VA Bar No. 84952
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 809-3495
catherine.malycke@usdoj.gov

*Counsel for United States of America*