UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR INVESTIGATIVE REPORTING,<br><br>Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | Civ. A. No. 26-1663 (LLA) |

**JOINT STATUS REPORT**

The Parties, by and through respective undersigned counsel, hereby submit a joint status report pursuant to this Court's July 21, 2026 Minute Order.

1. Plaintiff filed this suit on May 14, 2026 (ECF No. 1). In this suit, Plaintiff seeks to compel the production of documents in response to two FOIA requests it submitted to ICE. Specifically, Plaintiff seeks disclosure of: (1) records reflecting the number of parents or guardians of a minor child that ICE has detained or deported during certain identified time periods, and certain actions taken with respect to the relevant minor children (the "Parent/Guardian Detention Request"), and (2) emails to or from ICE official Monica Burke concerning certain private contractors involved in the immigrant detention facility at Fort Bliss in El Paso, Texas, now known as Camp East Montana (the "Camp East Request"). ECF No. 1 ¶ 2. The Parent/Guardian Detention Request has been pending since June 26, 2025, ECF No. 1 ¶ 38, and the Camp East Request has been pending since September 11, 2025, ECF No. 1 ¶ 46.

2. On June 18, 2026, Defendant answered the Complaint. ECF No. 9. Defendant refers the Court to Defendant's answers and affirmative defenses. *Id.*

3. ICE FOIA reports that it re-tasked this matter to four ICE components. Two of the four components have completed their searches, while the other two components' searches are ongoing. ICE FOIA will process any and all records once all four ICE components have completed their searches. Given that ICE is at a relatively advanced stage of this process, ICE FOIA anticipates that it will be able to identify and/or provide potentially responsive records by the next status report.

4. The Parties further propose that they update the Court with the progress of Defendant's determination and any proposed schedule for briefing in the next 30 days, *i.e.,* by September 17, 2026.

[signature on following page]

Dated: August 17, 2026
Washington, D.C.

/s/ *Kathleen Shelton*
Kathleen Shelton (DC Bar No. 1619066)
Margaret (Emmy) Wydman (DC Bar No. 90007646)
**Civil Service Law Center LLP**
1455 Pennsylvania Ave NW, Suite 400,
Washington, DC 20004
202-505-7920
kshelton@civilservicellp.com
ewydman@civilservicellp.com

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Catherine J. Malycke*
CATHERINE J. MALYCKE
VA Bar No. 84952
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 809-3495
catherine.malycke@usdoj.gov

*Attorneys for United States of America*