UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR INVESTIGATIVE REPORTING,<br><br>Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | Civ. A. No. 26-1663 (LLA) |

**JOINT STATUS REPORT**

The Parties, by and through respective undersigned counsel, hereby submit a joint status report pursuant to this Court's August 18, 2026 Minute Order.

1. Plaintiff filed this suit on May 14, 2026 (Dkt. No. 1). In this suit, Plaintiff seeks to compel the production of documents in response to two FOIA requests it submitted to ICE. Specifically, Plaintiff seeks disclosure of: (1) records reflecting the number of parents or guardians of a minor child that ICE has detained or deported during certain identified time periods, and certain actions taken with respect to the relevant minor children (the "Parent/Guardian Detention Request"), and (2) emails to or from ICE official Monica Burke concerning certain private contractors involved in the immigrant detention facility at Fort Bliss in El Paso, Texas, now known as Camp East Montana (the "Camp East Request"). Dkt. No. 1 ¶ 2. The Parent/Guardian Detention Request has been pending since June 26, 2025, Dkt. No. 1 ¶ 38, and the Camp East Request has been pending since September 11, 2025, Dkt. No. 1 ¶ 46.

2. On June 18, 2026, Defendant answered the Complaint. Dkt. No. 9. Defendant refers the Court to Defendant's answers and affirmative defenses. *Id.*

3. As previously reported, ICE FOIA re-tasked this matter to four ICE components. Two of the four components have completed their searches, while the other two components' searches are ongoing. ICE FOIA will process any and all records once all four ICE components have completed their searches. Given that ICE is at a relatively advanced stage of this process, ICE FOIA anticipates that it will be able to identify and/or provide potentially responsive records by the next status report.

4. ICE reports that ICE components have nearly finished their searches. ICE FOIA endeavors to complete searches that are still outstanding, and commence processing and production – within the next 30 days.

5. Plaintiff notes that even though, as of the last status report submitted on August 17, 2026, ICE FOIA reported being "at a relatively advanced stage of this process" and thus anticipated either identifying or providing responsive records by this date, Dkt. No. 12, no productions have been made.

6. The Parties further propose that they update the Court with the progress of Defendant's determination and any proposed schedule for briefing by October 19, 2026 (approximately 30 days, accounting for the weekend).

[signature on following page]

Dated: September 17, 2026
Washington, D.C.

/s/ *Kathleen Shelton*
Kathleen Shelton (DC Bar No. 1619066)
Margaret (Emmy) Wydman (DC Bar No. 90007646)
**Civil Service Law Center LLP**
1455 Pennsylvania Ave NW, Suite 400,
Washington, DC 20004
202-505-7920
kshelton@civilservicellp.com
ewydman@civilservicellp.com

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Catherine J. Malycke*
CATHERINE J. MALYCKE
VA Bar No. 84952
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 809-3495
catherine.malycke@usdoj.gov

*Attorneys for United States of America*